434 A.2d 1302

**COMMONWEALTH of Pennsylvania ex rel. Linda SACKS**

v.

**Robert D. SACKS, Appellant.**

Superior Court of Pennsylvania.

Argued Sept. 9, 1981.

Filed Sept. 25, 1981.

Andrew F. Malone, Lansdale, for appellant.

Lynne Z. Gold-Bikia, Philadelphia, for appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

PER CURIAM:

This is an appeal from an order awarding custody of appellant's two sons to their mother, appellee. Having reviewed the decision of the lower court, we remand this case for further hearing at which the testimony of the sons

is to be transcribed. The court shall then enter a new order, accompanying it with a comprehensive opinion. Any further appeal must be from such new order. Meanwhile, custody of the children is not to be disturbed.

SO ORDERED.